No. 86. YOUNG *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Fred Patterson* for petitioner. *Assist-*

*ant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost, Louis B. Schwartz,* and *W. Marvin Smith* for the United States.